IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| EICES RESEARCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:14-CV-489-D |
| | ) | |
| APPLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| EICES RESEARCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:14-CV-490-D |
| | ) | |
| SAMSUNG ELECTRONICS CO., LTD., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| EICES RESEARCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:14-CV-491-D |
| | ) | |
| MOTOROLA MOBILITY, LLC., | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| EICES RESEARCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:14-CV-492-D |
| | ) | |
| LG ELECTRONICS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff filed a motion for an order consolidating the three above-captioned related patent infringement cases into cause number 5:14-CV-489-D, EICES Research, Inc. v. Apple, Inc., for all pretrial purposes, including discovery and claim construction. See Fed. R. Civ. P. 42(a). Some pretrial consolidation would appear to promote judicial economy and avoid unnecessary costs and delay. The parties shall meet and confer concerning pretrial consolidation and seek to reach an agreement. The parties shall describe any such agreement in their joint case management proposal. Accordingly, the motion to consolidate is DENIED without prejudice.

SO ORDERED. This __1__ day of December 2014.

JAMES C. DEVER III
Chief United States District Judge