UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-00490-D

| | | |
|---|---|---|
| EICES RESEARCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING PLAINTIFF'S** |
| | ) | **UNOPPOSED MOTION TO** |
| v. | ) | **AMEND CAPTION TO** |
| | ) | **REFLECT NAME CHANGE** |
| SAMSUNG ELECTRONICS CO., LTD., | ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., and | ) | |
| SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, | ) | |
| | | |
| Defendants. | | |

Before the Court is Odyssey Wireless, Inc.'s unopposed motion for the Court to direct the clerk to modify the caption of Cause No. 5:14-cv-00490-D to read as follows: Odyssey Wireless, Inc., Plaintiff, v. Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC., Defendants. Upon review of the unopposed motion, the Court is of the opinion that it should be **GRANTED**.

SO ORDERED. This 6 day of February 2015.

JAMES C. DEVER III
Chief United States District Judge